FEBRUARY 14, 1975

No. 74–439. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part

[*]See also note, supra, p. 901.

914

in the consideration or decision of this petition. ▆